

February 3, 2020

**John Ho**
Direct Phone 212-883-4927
Direct Fax 866-202-1728
jho@cozen.com

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse - Southern District of New York
500 Pearl Street
New York, New York 10007

Re: De la Rosa v. Pinko Retail LLC and Valroge Corporation (19-CV-01899) (GBD)(SLC)

Dear Your Honor:

My firm represents Valroge Corporation in the above-referenced matter. Pursuant to this Court's Order dated January 7, 2020, a settlement conference has been scheduled for March 4, 2020 at 2:00 pm.

I write to respectfully request an adjournment of the conference due to a scheduling conflict that requires me to be in California on that date through March 6, 2020. This is my first request for an adjournment. I spoke with plaintiff's counsel and counsel for Pink Retail LLC and they both advised me that March 19 and 31 appear to work as an alternative date for the parties if the Court is available on either of these dates. If not, I understand the Court will set an another date that works if the motion is granted.

If the motion is granted, I would further respectfully request that all deadlines related to the settlement conference in the March 4 Order be extended accordingly, e.g., plaintiff shall make a settlement demand no later than fourteen (14) days before the settlement conference, etc.

Thank you for considering this request.

Sincerely,

COZEN O'CONNOR

By: John Ho

cc: Adam Hanski, Esq. (Via ECF)
Jonathan Temchin, Esq. (Via ECF)

---

Defendant Valroge Corporation's Letter-Motion to adjourn the settlement conference scheduled for March 4, 2020 (ECF No. 47) is GRANTED. The Settlement Conference is rescheduled to **Tuesday, March 31, 2020 at 2:00 pm** with the parties' written submissions due **Wednesday, March 25, 2020** and all other deadlines related to the settlement conference accordingly extended. The Clerk of Court is respectfully directed to close ECF No. 47.

SO-ORDERED 2/3/2020

SARAH L. CAVE
United States Magistrate Judge