**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEDRA DE LA ROSA,

                 Plaintiff,

        -against-

PINKO RETAIL LLC; VALROGE
CORPORATION,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                 ORDER

        19 Civ. 1899 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

      All conferences previously scheduled are adjourned *sine die*.


Dated: July 20, 2020
       New York, New York

                            SO ORDERED.

                            GEORGE B. DANIELS
                            United States District Judge